```
CHRISTINA HOPE GERALD        INTERNAL REVENUE SERVI       REGIONS BANKCARD
JASON HOWARD GERALD          CENTRALIZED INSOLVENCY       ATTN: BANKRUPTCY
5084 HWY 29                  P.O. BOX 7346                1900 5TH AVE N,
PETAL, MS 39465              PHILADELPHIA, PA 19101-7346  HOVER, AL 35203

THOMAS C. ROLLINS, JR.       INTERNAL REVENUE SERVI       REPUBLIC FINANCE
THE ROLLINS LAW FIRM, PLLC   C/O US ATTORNEY              ATTN: BANKRUPTCY
P.O. BOX 13767               501 EAST COURT ST            7031 COMMERCE CIRCLE
JACKSON, MS 39236            STE 4.430                    BATON ROUGE, LA 70809
                             JACKSON, MS 39201

ACIMA                        KEESLER FCU                  SANTANDER BANK
9815 S MONROE ST             2602 PASS RD                 P.O. BOX 961211
SANDY, UT 84070              BILOXI, MS 39531             FORT WORTH, TX 76161

CHECK INTO CASH              KOALAFI                      SMITH, ROUCHON
CUSTOMER SERVICE DEPT        ATTN: BANKRUPTCY             SRA
PO BOX 550                   PO BOX 5518                  1456 ELLIS AVE
CLEVELAND, TN 37364-0550     GLEN ALLEN, VA 23058         JACKSON, MS 39204

COMMUNITY FINANCIAL          MIDLAND CREDIT MGMT          SYNCHRONY BANK/AMAZON
2860 HWY 80 A                ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
PEARL, MS 39208              PO BOX 939069                PO BOX 965060
                             SAN DIEGO, CA 92193          ORLANDO, FL 32896

CREDIT ONE BANK              MS DEPT OF REVENUE           TOWER LOAN
ATTN: BANKRUPTCY DEPT        BANKRUPTCY SECTION           ATTN: BANKRUPTCY
6801 CIMARRON RD             PO BOX 22808                 PO BOX 320001
LAS VEGAS, NV 89113          JACKSON, MS 39225-2808       FLOWOOD, MS 39232

HARBOR LOAN                  ONEMAIN                      TOWER LOAN
100 EASTBROOK DR             PO BOX 1010                  POB 320001
STE 40                       EVANSVILLE, IN 47706         FLOWOOD, MS 39232
PETAL, MS 39465

HATTIESBURG CLINIC           PORTFOLIO RECOVERY           US ATTORNEY GENERAL
415 SOUTH 28TH AVE           ATTN: BANKRUPTCY             US DEPT OF JUSTICE
HATTIESBURG, MS 39401        120 CORPORATE BLVD           950 PENNSYLVANIA AVENW
                             NORFOLK, VA 23502            WASHINGTON, DC 20530-0001

HEALTHCARE FINANCE DIR       POSSIBLE FINANCE             US DEPT OF ED
3120 SABRE DR                ATTN: BANKRUPTCY DEPT        PO BOX 300001
STE 320                      PO BOX 98686                 GREENVILLE, TX 75403
SOUTHLAKE, TX 76092          LAS VEGAS, NV 89193
```

```
US DEPT OF EDUCATION
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201
```