**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:    Christina Hope Gerald | Case No. 26-50019-KMS |
| Jason Howard Gerald, Debtors | CHAPTER 13 |

## NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

The above-named Debtors have filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, on or before February 17, 2026. Copies of the objection must be served on the Trustee, US Trustee, Debtors, and Attorney for Debtors.

Objections to confirmation will be heard and confirmation determined on March 17, 2026, at 01:30 PM in the William Colmer Federal Building, 701 N. Main Street, Hattiesburg, MS 39401, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

| | |
|---|---|
| Date: January 23, 2026 | /s/ Thomas C. Rollins, Jr. |
| | *Thomas C. Rollins, Jr., Attorney for Debtor* |

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Christina Hope Gerald** |
| | Full Name (First, Middle, Last) |
| Debtor 2 | **Jason Howard Gerald** |
| (Spouse, if filing) | Full Name (First, Middle, Last) |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** |
| Case number: | **26-50019** |
| (If known) | |

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance

12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1 Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2 Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay _____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

_____
_____
_____

| Debtor | **Christina Hope Gerald** <br> **Jason Howard Gerald** | Case number | **26-50019** |
|---|---|---|---|

Joint Debtor shall pay **$788.73** (☐ monthly, ☐ semi-monthly, ☑ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

**Champion Retail Housing**
**755 W Big Beaver Rd**
**Ste 1000**
**Troy MI 48084-0000**

**2.3  Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*
☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**Part 3:  Treatment of Secured Claims**

**3.1  Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*
☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.1(a)** **Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.
☑

| 1 | Mtg pmts to | **Keesler FCU** | | | | | |
|---|---|---|---|---|---|---|---|
| Beginning | **February 2026** | @ | **$644.79** | ☑ Plan | ☐ Direct. | Includes escrow ☑ Yes ☐ No | |

| 1 | Mtg arrears to | **Keesler FCU** | Through | **January 2026** | **$2,574.01** |
|---|---|---|---|---|---|

**3.1(b)** ☐ **Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

Property **-NONE-** address:
Mtg pmts to
Beginning  month                    @                       Plan      Direct.       Includes escrow  Yes  No

Property **-NONE-**  Mtg arrears to _____ Through _____

**3.1(c)** ☐ **Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

Creditor: **-NONE-**       Approx. amt. due: _____       Int. Rate*: _____
Property Address: _____
Principal Balance to be paid with interest at the rate above: _____
(as stated in Part 2 of the Mortgage Proof of Claim Attachment)
Portion of claim to be paid without interest: $ _____
(Equal to Total Debt less Principal Balance)

Special claim for taxes/insurance: $ _____ **-NONE-** /month, beginning   month .

| Debtor | **Christina Hope Gerald** | Case number | **26-50019** |
|---|---|---|---|
| | **Jason Howard Gerald** | | |

(as stated in Part 4 of the Mortgage Proof of Claim Attachment)

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
  *Insert additional claims as needed.*

**3.2** **Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*.

☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3** **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling.

| Name of Creditor | Collateral | Amount of claim | Interest rate* |
|---|---|---|---|
| **Santander Bank** | **2020 Jeep Gladiator Overland 55,000 miles** | **$40,901.00** | **8.50%** |

*Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District.

*Insert additional claims as needed.*

**3.4** **Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5** **Surrender of collateral.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| **Harbor Loan** | **Household Goods** |
| **Harbor Loan** | **Household Goods** |
| **Onemain** | **Household Goods** |
| **Republic Finance** | **Household Goods** |
| **Santander Bank** | **2018 Chevy Colorado 60,000 miles totalled** |
| **Tower Loan** | **Household Goods** |
| **Tower Loan** | **Household Goods** |
| **Tower Loan** | **Household Goods** |

*Insert additional claims as needed.*

## Part 4: Treatment of Fees and Priority Claims

**4.1** **General**

| Debtor | **Christina Hope Gerald** | Case number | **26-50019** |
|---|---|---|---|
| | **Jason Howard Gerald** | | |

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2**     **Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3**     **Attorney's fees.**

☑ No look fee: __4,600.00__

        Total attorney fee charged:     $**4,600.00**

        Attorney fee previously paid:     $**227.00**

        Attorney fee to be paid in plan per confirmation order:     $**4,373.00**

☐ Hourly fee: $____. (Subject to approval of Fee Application.)

**4.4**     **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☐   **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
☑   Internal Revenue Service     **$20,498.00**     .
☑   Mississippi Dept. of Revenue     **$3,388.00**     .
☐   Other     **$0.00**     .

**4.5**     **Domestic support obligations.**

☑   **None**. *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

---

**Part 5:**     **Treatment of Nonpriority Unsecured Claims**

**5.1**     **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐   The sum of $
☑   __100.00__ % of the total amount of these claims, an estimated payment of $__70,564.87__
☐   The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**0.00**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2**     **Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

☑   **None**. *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

---

**Part 6:**     **Executory Contracts and Unexpired Leases**

**6.1**     **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

☑   **None**. *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

---

**Part 7:**     **Vesting of Property of the Estate**

         **Mississippi Chapter 13 Plan**          Page 4

| Debtor | **Christina Hope Gerald** | Case number | **26-50019** |
|---|---|---|---|
| | **Jason Howard Gerald** | | |

**7.1** Property of the estate will vest in the debtor(s) upon entry of discharge.

## Part 8: Nonstandard Plan Provisions

**8.1** Check "None" or List Nonstandard Plan Provisions
☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

**The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.**
 **Absent an objection, any Proof of Claim filed by the IRS and/or MS Dept. of Revenue shall be paid pursuant to the claim.**

## Part 9: Signatures:

**9.1** Signatures of Debtor(s) and Debtor(s)' Attorney
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X **/s/ Christina Hope Gerald**
**Christina Hope Gerald**
Signature of Debtor 1

Executed on **January 15, 2026**

**5084 Hwy 29**
Address
**Petal MS 39465-0000**
City, State, and Zip Code

Telephone Number

X **/s/ Jason Howard Gerald**
**Jason Howard Gerald**
Signature of Debtor 2

Executed on **January 15, 2026**

**5084 Hwy 29**
Address
**Petal MS 39465-0000**
City, State, and Zip Code

Telephone Number

X **/s/ Thomas C. Rollins, Jr.**
**Thomas C. Rollins, Jr. 103469**
Signature of Attorney for Debtor(s)
**P.O. Box 13767**
**Jackson, MS 39236**
Address, City, State, and Zip Code
**601-500-5533**
Telephone Number
**trollins@therollinsfirm.com**
Email Address

Date **January 15, 2026**

**103469 MS**
MS Bar Number

## **CERTIFICATE OF SERVICE**

      I, Thomas C. Rollins, Jr., attorney for the Debtors, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

      Case Trustee
      Office of the US Trustee

      I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: January 23, 2026           /s/ Thomas C. Rollins, Jr.
                                            *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 26-50019-KMS |
|---|---|
| CHRISTINA HOPE GERALD<br>JASON HOWARD GERALD | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/23/2026, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/23/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>CHRISTINA HOPE GERALD<br>JASON HOWARD GERALD | CASE NO: 26-50019-KMS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 1/23/2026, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/23/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO                                                                    EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING       KEESLER FEDERAL CREDIT UNION          US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD                  CO ROBERT ALAN BYRD                   DAN M RUSSELL  JR US COURTHOUSE
CASE 26-50019-KMS                      PO BOX 1939                           2012 15TH STREET  SUITE 244
SOUTHERN DISTRICT OF MISSISSIPPI       BILOXI  MS 39533-1939                 GULFPORT  MS 39501-2036
FRI JAN 23 7-6-4 PST 2026




ACIMA                                  CCF OF MISSISSIPPI  LLC               CHECK INTO CASH
9815 S MONROE ST                       2312 E TRINITY MILLS RD STE 100       CUSTOMER SERVICE DEPT
SANDY  UT 84070-4296                   CARROLLTON TX 75006-1955              PO BOX 550
                                                                             CLEVELAND  TN 37364-0550




COMMUNITY FINANCIAL                    CREDIT ONE BANK                       HARBOR LOAN
2860 HWY 80 A                          ATTN BANKRUPTCY DEPT                  100 EASTBROOK DR
PEARL  MS 39208                        6801 CIMARRON RD                      STE 40
                                       LAS VEGAS  NV 89113-2273              PETAL  MS 39465-6008




HATTIESBURG CLINIC                     HEALTHCARE FINANCE DIR                INTERNAL REVENUE SERVI
415 SOUTH 28TH AVE                     3120 SABRE DR                         CENTRALIZED INSOLVENCY
HATTIESBURG  MS 39401-7283             STE 320                               PO BOX 7346
                                       SOUTHLAKE  TX 76092-2109              PHILADELPHIA  PA 19101-7346




INTERNAL REVENUE SERVI                 KEESLER FEDERAL                       KOALAFI
CO US ATTORNEY                         ATTEN BANKRUPTCY                      ATTN BANKRUPTCY
501 EAST COURT ST                      PO BOX 7001                           PO BOX 5518
STE 4430                               BILOXI  MS 39534-7001                 GLEN ALLEN  VA 23058-5518
JACKSON  MS 39201-5025




MS DEPT OF REVENUE                     MIDLAND CREDIT MGMT                   ONEMAIN FINANCIAL GROUP  LLC
BANKRUPTCY SECTION                     ATTN BANKRUPTCY                       PO BOX 3251
PO BOX 22808                           PO BOX 939069                         EVANSVILLE  IN 47731-3251
JACKSON  MS 39225-2808                 SAN DIEGO  CA 92193-9069




ONEMAIN                                (P)PORTFOLIO RECOVERY ASSOCIATES LLC  (P)POSSIBLE FINANCIAL INC
PO BOX 1010                            PO BOX 41067                          LEEZA PARADES
EVANSVILLE  IN 47706-1010              NORFOLK VA 23541-1067                 PO BOX 98686
                                                                             LAS VEGAS NV 89193-8686




REGIONS BANK                           REGIONS BANKCARD                      (P)REPUBLIC FINANCE LLC
PO BOX 10063                           ATTN BANKRUPTCY                       282 TOWER RD
BIRMINGHAM AL 35202-0063               1900 5TH AVE N                        PONCHATOULA LA 70454-8318
                                       HOVER  AL 35203-2610




ROBERT ALAN BYRD  ESQ                  SCIL  INC                             SANTANDER BANK
BYRD  WISER                            2312 E TRINITY MILLS RD STE 100       PO BOX 961211
FOR KEESLER FEDERAL CREDIT UNION       CARROLLTON TX 75006-1955              FORT WORTH  TX 76161-0211
PO BOX 1939
BILOXI  MS 39533-1939
```

```
SMITH  ROUCHON                    SYNCHRONY BANKAMAZON              (P)TOWER LOAN
SRA                               ATTN BANKRUPTCY                   P O BOX 320001
1456 ELLIS AVE                    PO BOX 965060                     FLOWOOD MS 39232-0001
JACKSON  MS 39204-2204            ORLANDO  FL 32896-5060


EXCLUDE

(D)(P)TOWER LOAN                  US ATTORNEY GENERAL               US DEPT OF ED
P O BOX 320001                    US DEPT OF JUSTICE                PO BOX 300001
FLOWOOD MS 39232-0001             950 PENNSYLVANIA AVENW            GREENVILLE  TX 75403-3001
                                  WASHINGTON  DC 20530-0001


                                  EXCLUDE                           DEBTOR

US DEPT OF EDUCATION              UNITED STATES TRUSTEE             CHRISTINA HOPE GERALD
CO US ATTORNEY                    501 EAST COURT STREET             5084 HWY 29
501 E COURT ST                    SUITE 6-430                       PETAL  MS 39465-8329
STE 4430                          JACKSON  MS 39201-5022
JACKSON  MS 39201-5025


EXCLUDE                                                             EXCLUDE

(P)DAVID RAWLINGS                 JASON HOWARD GERALD               THOMAS CARL ROLLINS JR
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE   5084 HWY 29                THE ROLLINS LAW FIRM  PLLC
PO BOX 566                        PETAL  MS 39465-8329              PO BOX 13767
HATTIESBURG MS 39403-0566                                           JACKSON  MS 39236-3767
```