# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50019  **Case Name:** Christina Hope Gerald and Jason Howard Gerald
**Set:** 03/17/2026 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson
**matter** Confirmation Hearing

Minute Entry Re: (related document(s): [7] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)