# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI — ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E G UNIT #) |
|---|---|---|---|---|---|---|
| 1C6HJTFG2LL122780 | JEEP | 2020 | GLADIATOR | PK | | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 03/05/2025 | | 6 | USED | PU | 46327 ACTUAL |

**OWNER(S)**
GERALD, JASON
5084 HIGHWAY 29
PETAL MS 39465-8329

**BRANDS**

**BENEFICIARY**

☐ Fully Autonomous Vehicle

**1ST LIENHOLDER**
SANTANDER CONSUMER USA
P O BOX 961288
FORT WORTH TX 76161

DATE 02/08/2025

**2ND LIENHOLDER**

DATE

**MAIL TO**

SANTANDER CONSUMER USA
PO BOX 961288
FORT WORTH TX 76161-0288

---

LIEN SATISFACTION THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

1ST LIEN _____ (LIENHOLDER)   BY _____ (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 ___

2ND LIEN _____ (LIENHOLDER)   BY _____ (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 ___

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS THE 5TH DAY OF MARCH 20 25

The Mississippi Department of Revenue hereby certifies that on application duly made the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may further be filed with the Mississippi Department of Revenue This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section Mississippi Code of 1972 and subject to the provisions thereof

MISSISSIPPI DEPARTMENT OF REVENUE

**VOID IF ALTERED**

**EXHIBIT B**