# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50019   **Case Name:** Christina Hope Gerald and Jason Howard Gerald

**Set:** 03/17/2026 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge:** Katharine M. Samson

**matter** Objection to Confirmation of Plan Filed by Creditor Santander Bank, N.A. as servicer for Santander Consumer USA Inc. (RE: related document(s)12 Chapter 13 Plan). (Attachments: # 1 Exhibit A - Note # 2 Exhibit B - Title) (Dkt. #22)

Minute Entry Re: (related document(s): [22] Objection to Confirmation of the Plan filed by Santander Bank, N.A. as servicer for Santander Consumer USA Inc.) Meyer to submit an Agreed Order. Order due by 03/31/2026. Called in by Meyer. (mcc)