United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                    Case No. 26-50019-KMS

Christina Hope Gerald                                                                       Chapter 13

Jason Howard Gerald

         Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                                    User: mssbad                                              Page 1 of 2

Date Rcvd: Mar 26, 2026                         Form ID: pdf012                                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

**Recip ID                        Recipient Name and Address**
db/jdb                   +  Christina Hope Gerald, Jason Howard Gerald, 5084 Hwy 29, Petal, MS 39465-8329

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

**Name                                    Email Address**

Christopher D Meyer
                                          on behalf of Creditor Santander Bank  N.A. as servicer for Santander Consumer USA Inc. cmeyer@burr.com,
                                          sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com

David Rawlings
                                          ecfnotices@rawlings13.net  sduncan@rawlings13.net

Robert Alan Byrd
                                          on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
                                          on behalf of Joint Debtor Jason Howard Gerald trollins@therollinsfirm.com
                                          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

District/off: 0538-6                     User: mssbad                          Page 2 of 2
Date Rcvd: Mar 26, 2026                  Form ID: pdf012                       Total Noticed: 1

             on behalf of Debtor Christina Hope Gerald trollins@therollinsfirm.com
             jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

             USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 6

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

In re:                                                    Case No.: 26-50019-KMS

Christina Hope Gerald and Jason Howard Gerald,            Chapter: 13

    Debtors.

### AGREED ORDER ON OBJECTION OF SANTANDER BANK, N.A.
### <u>TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN</u>

The Court has before it Creditor Santander Bank, N.A., as servicer for Santander Consumer USA Inc.'s ("SCUSA") Objection to Confirmation of Debtors' Chapter 13 plan (docket number 22) set for hearing on March 17, 2026. The parties have announced settlement and request the Court to approve same. It is therefore hereby **ORDERED** that:

SCUSA's 910 Claim related to that 2020 Jeep Gladiator bearing Vehicle Identification Number 1C6HJTFG2LL122780 (the "'Collateral") [Claim 11] shall be paid pursuant to SCUSA's Proof of Claim, with 8.5% interest. Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

This lien retention language shall apply to Debtors' current Chapter 13 Plan, and any amendment or modification thereof.

**##END OF ORDER##**

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr
*Attorney for Debtors*

*/s/ Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Santander Bank, N.A.,*
*as servicer for Santander Consumer USA Inc.*

*/s/* Samuel J. Duncan
Attorney for David Rawlings
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com