United States Bankruptcy Court

Southern District of Mississippi

In re:

Christina Hope Gerald

Jason Howard Gerald

    Debtors

Case No. 26-50019-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2026 | Form ID: n031 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina Hope Gerald, 5084 Hwy 29, Petal, MS 39465-8329 |
| jdb | + | Jason Howard Gerald, 5084 Hwy 29, Petal, MS 39465-8329 |
| 5608967 | + | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5608969 | | Community Financial, 2860 Hwy 80 A, Pearl, MS 39208 |
| 5608971 | + | Harbor Loan, 100 Eastbrook Dr, Ste 40, Petal, MS 39465-6008 |
| 5608973 | + | Healthcare Finance Dir, 3120 Sabre Dr, Ste 320, Southlake, TX 76092-2109 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: wrs@byrdwiser.com | Mar 31 2026 19:37:00 | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 31 2026 19:37:00 | Santander Bank, N.A. as servicer for Santander Con, 1601 Elm St Ste 800, Dallas, TX 75201-7260 |
| 5610227 | + | Email/Text: bkinfo@ccfi.com | Mar 31 2026 19:37:00 | CCF of Mississippi ,LLC, 2312 E TRINITY MILLS RD STE 100, CARROLLTON TX 75006-1955 |
| 5608968 | | Email/Text: bkinfo@ccfi.com | Mar 31 2026 19:37:00 | Check Into Cash, Customer Service Dept, PO Box 550, Cleveland, TN 37364-0550 |
| 5608970 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 31 2026 19:35:48 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5625760 | + | Email/Text: bankruptcy@towerloan.com | Mar 31 2026 19:37:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5625759 | + | Email/Text: bankruptcy@towerloan.com | Mar 31 2026 19:37:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5608972 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Mar 31 2026 19:37:00 | Hattiesburg Clinic, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5608975 | + | Email/Text: ebone.woods@usdoj.gov | Mar 31 2026 19:37:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5608974 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 31 2026 19:37:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5608976 | + | Email/Text: melissa.martin@kfcu.org | Mar 31 2026 19:37:00 | Keesler Federal, ATTEN: BANKRUPTCY, P.O. BOX 7001, Biloxi, MS 39534-7001 |
| 5629158 | + | Email/Text: melissa.martin@kfcu.org | Mar 31 2026 19:37:00 | Keesler Federal Credit Union, ATTN: Bankruptcy Dept., PO Box 7001, Biloxi, MS 39534-7001 |
| 5608977 | + | Email/Text: inchargehq@westcreekfin.com | Mar 31 2026 19:37:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |

District/off: 0538-6        User: mssbad        Page 2 of 3

Date Rcvd: Mar 31, 2026        Form ID: n031        Total Noticed: 46

| Recip | | Method | Date/Time | Address |
|---|---|---|---|---|
| 5622264 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2026 19:35:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5608979 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Mar 31 2026 19:37:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5624749 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 31 2026 19:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5608978 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 31 2026 19:37:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5619638 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Mar 31 2026 19:37:00 | Mississippi Department of Revenue, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5630662 | + | Email/Text: bankruptcy@ncaks.com | Mar 31 2026 19:37:00 | National Credit Adjusters, LLC, Attn: Bankruptcy/Deceased CRA, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 5614255 | | Email/PDF: cbp@omf.com | Mar 31 2026 19:35:57 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5608980 | + | Email/PDF: cbp@omf.com | Mar 31 2026 19:35:57 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5608981 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2026 19:35:53 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5639159 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2026 19:35:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5608982 | | Email/Text: bankruptcy@possiblefinance.com | Mar 31 2026 19:37:00 | Possible Finance, Attn: Bankruptcy Dept, Po Box 98686, Las Vegas, NV 89193 |
| 5608984 | | Email/Text: bankruptcy@republicfinance.com | Mar 31 2026 19:37:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5631710 | | Email/Text: bankruptcy@republicfinance.com | Mar 31 2026 19:37:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5610833 | + | Email/Text: newbk@Regions.com | Mar 31 2026 19:37:00 | Regions Bank, PO Box 10063, Birmingham AL 35202-0063 |
| 5608983 | + | Email/Text: newbk@Regions.com | Mar 31 2026 19:37:00 | Regions Bankcard, Attn: Bankruptcy, 1900 5th Ave N,, Hover, AL 35203-2610 |
| 5611615 | + | Email/Text: wrs@byrdwiser.com | Mar 31 2026 19:37:00 | Robert Alan Byrd, Esq., Byrd & Wiser, For Keesler Federal Credit Union, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5610224 | + | Email/Text: bkinfo@ccfi.com | Mar 31 2026 19:37:00 | SCIL, INC, 2312 E TRINITY MILLS RD STE 100, CARROLLTON TX 75006-1955 |
| 5608985 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 31 2026 19:37:00 | Santander Bank, P.o. Box 961211, Fort Worth, TX 76161-0211 |
| 5616794 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 31 2026 19:37:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., 1601 Elm St., Ste. 800, Dallas, TX 75201-7260 |
| 5608986 | + | Email/Text: Tracey@sra-inc.net | Mar 31 2026 19:37:00 | Smith, Rouchon, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5638586 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 31 2026 19:35:48 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5608987 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2026 19:35:52 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5608988 | | Email/Text: bankruptcy@towerloan.com | Mar 31 2026 19:37:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5608989 | | Email/Text: bankruptcy@towerloan.com | Mar 31 2026 19:37:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2026 | Form ID: n031 | Total Noticed: 46 |

| 5608990 | ^ MEBN | | |
|---|---|---|---|
| | | Mar 31 2026 19:31:10 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5608991 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | Mar 31 2026 19:35:52 | US Dept Of Ed, Po Box 300001, Greenville, TX 75403-3001 |
| 5608992 | + Email/Text: ebone.woods@usdoj.gov | | |
| | | Mar 31 2026 19:37:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5616970 | *+ | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026                         Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Santander Bank  N.A. as servicer for Santander Consumer USA Inc. cmeyer@burr.com, sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Jason Howard Gerald trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Christina Hope Gerald trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−50019−KMS
**Chapter:** 13

**In re:**

Christina Hope Gerald
5084 Hwy 29
Petal, MS 39465

Jason Howard Gerald
5084 Hwy 29
Petal, MS 39465

Notice of Entry of Order Confirming Plan

The Court entered an Order on March 31, 2026 (Dkt. # 31 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: March 31, 2026

Danny L. Miller, Clerk of Court