UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                              CHAPTER 13 PROCEEDING:
CHRISTINA HOPE GERALD                               26-50019 KMS
JASON HOWARD GERALD
5084 Hwy 29
Petal, MS 39465

## MOTION TO INCREASE PLAN PAYMENT

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtors is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtors for the following reason: priority claims of Internal Revenue Service and MS Department of Revenue are more than provided for in the plan.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtors' Plan Payment to the sum of $3,790.74 per month beginning with the month of May 06, 2026.

RESPECTFULLY SUBMITTED: April 03, 2026

/s/ DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtors, Debtors' Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day, April 03, 2026.

DEBTORS:

CHRISTINA HOPE GERALD
JASON HOWARD GERALD
5084 Hwy 29
Petal, MS 39465

ATTORNEY FOR DEBTORS:                    U.S. TRUSTEE:

THOMAS C. ROLLINS, JR                    501 East Court Street
P O Box 13767                            Suite 6-430
Jackson, MS 39236                        Jackson, MS 39201

/s/ DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE